**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANSOUMANE CHERIF, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. No. 26-2656 |
| | : | |
| JOHN RIFE, *et al.*, | : | |
| Respondents. | : | |
| | : | |

# O R D E R

**AND NOW**, this 30th day of April, 2026, upon consideration of Ansoumane Cherif's Petition (Doc. No. 1) and the Government's Responses (Doc. Nos. 6, 7), it is hereby **ORDERED** that the Petition (Doc. No. 1) is **GRANTED IN PART** as follows:

1. For the reasons stated in <u>Demirel</u>, **Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)**, and instead may be detained, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).  See <u>Demirel v. Federal Detention Ctr. Philadelphia</u>, No. 25-5488, 2025 WL 3218243 (E.D. Pa. Nov. 18, 2025).

2. All claims against Mullin, Blanche, the Department of Homeland Security, Executive Office for Immigration Review are **DISMISSED**.  See <u>Demirel</u>, 2025 WL 3218243, at *2 (quoting <u>Rumsfeld v. Padilla</u>, 542 U.S. 426, 435 (2004)).

3. **On or before** **May 4, 2026**, Respondents **shall provide** Petitioner with a **bond hearing in accordance with 8 U.S.C. § 1226(a)**.

4. Should the IJ deny bond, Respondents **shall provide** Petitioner the opportunity to appeal to the Board of Immigration Appeals.

                                        **AND IT IS SO ORDERED.**

                                        */s/ Paul S. Diamond*

                                        _____
                                        Paul S. Diamond, J.