**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANSOUMANE CHERIF, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. No. 26-2656 |
| | : | |
| JL JAMISON, *et al.*, | : | |
| Respondents. | : | |
| | : | |

---

# O R D E R

**AND NOW**, this 29th day of June, 2026, it is hereby **ORDERED** that the

Clerk of Court **SHALL** close this case.

**AND IT IS SO ORDERED.**

_____
**PAUL S. DIAMOND, J.**